# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

SANJIV N. DAVESHWAR,

          Petitioner,

v.

GARRETT, *et al.*,

          Respondents.

Case No. 3:20-cv-00612-MMD-CLB

ORDER

    Petitioner Sanjiv N. Daveshwar has filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus. Based on the current information about petitioner's financial status, including any additional information he may have provided, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

    It is therefore ordered that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is denied. Petitioner has **30 days** from the date this order is entered to have the $5.00 filing fee sent to the Clerk of Court. Failure to do so may result in the dismissal of this action.

    DATED this 26th Day of January 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE