UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SANJIV N. DAVESHWAR, | Case No. 3:20-cv-00612-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GARRETT, *et al.*, | |
| Respondents. | |

Petitioner Sanjiv N. Daveshwar has filed a motion for extension of time (second request) (ECF No. 19) to respond to Respondents' motion to dismiss (ECF No. 13). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's second motion for extension of time to respond to the motion to dismiss (ECF No. 19) is granted. Petitioner must file his response on or before January 3, 2022. The Court is highly unlikely to grant any further extensions, absent extraordinary circumstances.

DATED THIS 28th Day of October 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE