# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANJIV N. DAVESHWAR,<br><br>　　　　　　　　Petitioner,<br>　v.<br>GARRETT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00612-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their answer to Petitioner Anthony Butler's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 30.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 30) is granted. The deadline to file the answer to the petition for writ of habeas corpus is June 16, 2022.

DATED THIS 3rd Day of May 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE