UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANJIV N. DAVESHWAR,<br><br>                  Petitioner,<br>v.<br>GARRETT, *et al.*,<br><br>                  Respondents. | Case No. 3:20-cv-00612-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their answer to Sanjiv N. Daveshwar's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 32.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' second motion for extension of time to file an answer to the petition (ECF No. 32) is granted. The deadline to file the answer to the petition for writ of habeas corpus is extended to August 5, 2022.

DATED THIS 17th Day of June 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE