UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANJIV N. DAVESHWAR,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>GARRETT, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00612-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their answer to Sanjiv N. Daveshwar's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 35.) While the Court recognizes that Daveshwar previously opposed a request for extension of time by Respondents, the Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' third motion for extension of time to file an answer to the petition (ECF No. 32) is granted *nunc pro tunc*. The deadline to file the answer to the petition for writ of habeas corpus is extended to September 19, 2022.

DATED THIS 8th Day of August 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE