UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANJIV N. DAVESHWAR,<br><br>                           Petitioner,<br>    v.<br>GARRETT, *et al.*,<br><br>                           Respondents. | Case No. 3:20-cv-00612-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Sanjiv N. Daveshwar moves for an extension of time to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 41.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Petitioner's first motion for extension of time to file a reply in support of his petition (ECF No. 41) is granted. The deadline to file the reply is extended to November 23, 2022.

DATED THIS 22nd Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE