UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANJIV N. DAVESHWAR,<br><br>　　　　　　　　Petitioner,<br>　v.<br>GARRETT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00612-MMD-CLB<br><br>ORDER |

　　*Pro se* Petitioner Sanjiv N. Daveshwar asks the Court for an extension of time to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 43.) The Court finds that good cause exists to grant the motion.

　　It is therefore ordered that Petitioner's second motion for extension of time to file a reply in support of his petition (ECF No. 43) is granted. The deadline to file the reply is extended to January 15, 2023.

　　DATED THIS 15th Day of November 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE