UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANJIV N. DAVESHWAR,<br><br>                    Petitioner,<br>     v.<br>GARRETT, *et al.*,<br><br>                    Respondents. | Case No. 3:20-cv-00612-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Sanjiv N. Daveshwar asks the Court for an extension of time to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 45.) He explains that he is diligently preparing his reply but has been hindered by increased lockdowns at Lovelock Correctional Center due to staff shortages and the holidays. Good cause appearing, the Court grants the motion. The Court notes that, absent extraordinary circumstances, it is unlikely to grant any further extension.

It is therefore ordered that Petitioner's third motion for extension of time to file a reply in support of his petition (ECF No. 45) is granted. The deadline to file the reply is extended to March 23, 2023.

DATED THIS 5th Day of January 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE